IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
: NO. 07-737
v. :
:
JAMAL TURNQUEST, MALIK BLAND, :
ROBERT WILLIAMS, ANTOINE ALICEA :

**FILED**
JUL 16 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

**AND NOW**, this 15th day of **July**, 2010, it is hereby **ORDERED**, for the reasons stated in the accompanying memorandum, individualized determinations of the appropriate sentencing guideline range as to each Defendant are as follows:

Defendant Williams has an offense level of **40** and criminal history category **III**, therefore the appropriate sentencing guideline range is **360 months to lifetime imprisonment**;

Defendant Alicea has an offense level of **40** and criminal history category **I**, therefore the appropriate sentencing guideline range is **292-365 months imprisonment**;

Defendant Turnquest has an offense level of **43** and criminal history category **I**, therefore the appropriate sentencing guideline range is **lifetime imprisonment**; and

Defendant Bland has an offense level of **40** and criminal history category **I**, therefore the appropriate sentencing

guideline range is **292-365 months imprisonment.**

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.