```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMAL TURNQUEST,                :    CRIMINAL ACTION
                                :    NO. 07-737-02
         Petitioner,            :
                                :    CIVIL ACTION
     v.                         :    NO. 14-50
                                :
UNITED STATES OF AMERICA,       :
                                :
         Respondent.            :
```

## O R D E R

**AND NOW**, this **19th** day of **May, 2014,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 953) is **DENIED with prejudice,** and a certificate of appealability shall not issue. The Clerk shall mark this case **CLOSED.**


        **AND IT IS SO ORDERED.**


        **/s/ Eduardo C. Robreno**
        **EDUARDO C. ROBRENO,     J.**